IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00322-WJM-MEH

RENE LIMA-MARIN,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
GEO GROUP, INC.,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

Pursuant to *Reutter v. Weber*, 179 P.3d 977 (Colo. 2007), Defendant GEO Group, Inc.'s ["GEO"] Unopposed Motion for Order Permitting *Reutter* Conferences [filed August 18, 2020; ECF 71] is **granted** as follows.

Counsel for GEO is authorized to conduct ex parte interviews of the following medical providers on matters related to their observations, treatment, care, diagnoses, prognoses, or other medical issues related to Plaintiff's claims of injuries in this matter:

- Jessica Kraeft, MD
- Nigel George, MD
- Leslie Neems, MD
- Lauren Mehner, MD
- Erin Sieck, MD
- Sophie D. Liao, MD
- Kimberly Brown, COT-OSA

- The person(s) ( identity unknown) who worked in scheduling for Dr. Neems and or Dr. Sieck and or UC Health Eye Center that would have information about allegations in the complaint that appointments were made and not attended.

This Order authorizes the above medical providers to discuss with counsel for GEO matters related to their observations, treatment, care, diagnoses, prognoses, or other medical issues related to Plaintiff's claims of injuries in this matter. These conferences are subject to reasonable payment by GEO of the costs and fees charged by the above-named medical providers associated with the conferences.

Counsel for GEO shall not seek during any such conference any medical information from the providers that is unrelated to the injuries alleged by Plaintiff in this matter.

Dated at Denver, Colorado, this 19th day of August, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge